# EXHIBIT 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| PACIFIC COAST BUILDING PRODUCTS, INC. and PABCO BUILDING PRODUCTS, LLC,<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>CERTAINTEED GYPSUM MANUFACTURING, INC.,<br><br>    Defendant/Counterclaimant. | Civil Action No. 4:18-CV-4165-SOH |

# DECLARATION OF REBECCA FAULK IN SUPPORT OF DEFENDANT CERTAINTEED GYPSUM MANUFACTURING, INC.'S MOTION TO STAY PROCEEDINGS

I, Rebecca Faulk, state and declare as follows:

1. I am currently the CertainTeed Gypsum Group Controller at CertainTeed Corporation, which is a division of Saint-Gobain North America. I submit this declaration in support of CertainTeed Gypsum Manufacturing, Inc.'s ("CertainTeed Manufacturing")'s Motion to Stay Proceedings ("Motion to Stay"). If called as a witness, I could and would testify competently to the matters set forth herein.

2. CertainTeed Manufacturing is a subsidiary of CertainTeed Corporation, which is headquartered in Malvern, Pennsylvania. CertainTeed Manufacturing manufactures a drywall product called SilentFX QuickCut at its manufacturing plant. CertainTeed Manufacturing does not sell SilentFX QuickCut to external customers. Rather, any sales it makes are to other companies within its related corporate family.

3. CertainTeed Gypsum, Inc. ("CertainTeed Gypsum") is another subsidiary of CertainTeed Corporation. CertainTeed Gypsum is responsible for selling the SilentFX QuickCut product to external customers across the United States.

4. I hereby declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of February, 2019 in Malvern, Pennsylvania.

*Rebecca Faulk*
Rebecca Faulk

1