LATHAM & WATKINS LLP
Richard G. Frenkel (Bar No. 204133)
  rick.frenkel@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Matthew J. Moore (*pro hac vice*)
  matthew.moore@lw.com
Adam M. Greenfield (*pro hac vice*)
  adam.greenfield@lw.com
Rebecca L. Rabenstein (*pro hac vice*)
  rebecca.rabenstein@lw.com
Diane E. Ghrist (Bar No. 300487)
  diane.ghrist@lw.com
Hwa Young Jin (*pro hac vice*)
  hwayoung.jin@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

*Attorneys for Plaintiff CertainTeed Gypsum, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION JUDICIAL DISTRICT

| | |
|---|---|
| CERTAINTEED GYPSUM, INC., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC COAST BUILDING PRODUCTS, INC. AND PABCO BUILDING PRODUCTS, LLC, <br><br> Defendants. | CASE NO. 5:19-CV-00802-LHK <br><br> **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND IN THE ALTERNATIVE FOR A STAY** <br><br> Date: July 25, 2019 <br> Time: 1:30 p.m. <br> Courtroom: 8, 4th Floor, San Jose <br> Judge: Hon. Lucy H. Koh |

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff CertainTeed Gypsum, Inc. (collectively, "CertainTeed") hereby respectfully requests that, in connection with its Opposition to Defendants' Motion to Dismiss Complaint or in the Alternative for a Stay filed and served concurrently herewith, the Court take judicial notice of the documents listed below.

Courts may take judicial notice of facts that are "not subject to reasonable dispute," such as those that can be "accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Rule 201(d) provides that the court may take "judicial notice at any stage of the proceeding." Under Rule 201(c)(2), a court "must take judicial notice if a party requests it and the court is supplied with the necessary information."

CertainTeed respectfully requests that the Court take judicial notice of the documents filed herewith as Exhibits 1-10 of this request. These documents fall into one or both of two categories: (1) pleadings filed in other courts, and/or (2) publicly available records from proceedings before the US. Patent and Trademark Office ("PTO"). Both of these matters are properly the subject of judicial notice.

### A.  DOCUMENTS FROM OTHER COURTS

Pleadings filed in other courts are part of the public record and "are materials that cannot be reasonably disputed and whose accuracy cannot be reasonably questioned." *Southmark Prime Plus, L.P. v. Falzone*, 776 F. Supp. 888, 892 (D. Del. 1991). "[T]he Court can take judicial notice of the contents of court records from another jurisdiction …. The contents of the court records that may be judicially noticed include the briefs and petitions of the parties." *Id.* (citations omitted); *see also Genentech, Inc. v. U.S. Int'l Trade Comm'n*, 122 F.3d 1409, 1417 n.7 (Fed. Cir. 1997) (taking judicial notice of protective orders filed in district court and noting that the most frequent use of judicial notice is in noticing the contents of court records); *United States ex rel. Geisler v. Walters*, 510 F.2d 887, 890 n.4 (3d Cir. 1975) (taking judicial notice of briefs and petitions filed in other courts).

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

Plaintiff's Request for Judicial Notice
Case No. 5:19cv802-LHK

**B.      PTO DOCUMENTS**

Documents that are part of a patent's file history are part of the public record, and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). For this reason, the Federal Circuit and federal courts around the country have taken judicial notice of Patent Office filings.  *See Grp. One Ltd. v. Hallmark Cards, Inc.*, 407 F.3d 1297, 1306 (Fed. Cir. 2005) (district court could take judicial notice of patent's reinstatement); *Vitek Sys., Inc. v. Abbott Labs.*, 675 F.2d 190, 192 n.4 (8th Cir. 1982) ("[T]his court may take judicial notice of Patent and Trademark Office documents."); *St. John's Univ. v. Bolton*, 757 F. Supp. 2d 144, 154 n.4 (E.D.N.Y 2010) ("The court takes judicial notice of the patents' issuance and contents under Federal Rule of Evidence 201 because the patents are documents issued by the PTO, and are 'capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.'" (citation omitted)); *Telebrands Corp. v. Del Labs., Inc.*, 719 F. Supp. 2d 283, 287 n.3 (S.D.N.Y. 2010) ("The Court may properly take judicial notice of official records of the United States Patent and Trademark Office and the United States Copyright Office.").

CertainTeed thus respectfully submits that the following are properly subject to judicial notice:

**Exhibit 1:**   Declaration of Rebecca Faulk in Support of Defendant CertainTeed Gypsum Manufacturing, Inc.'s Motion to Stay Proceedings, *Pacific Coast Building Products, Inc. v. CertainTeed Gypsum Manufacturing, Inc.*, No. 4:18-cv-4165-SOH (W.D. Ark. Feb. 15, 2019), Dkt. No. 38-1.

**Exhibit 2:**   Defendants' Preliminary Claim Construction and Extrinsic Evidence served on July 23, 2018, pursuant to Northern District of California Patent Local Rule 4-2 in *Pacific Coast Building Products, Inc. v. CertainTeed Gypsum, Inc.*, No. 5:18-cv-346-LHK (N.D. Cal.).

**Exhibit 3:**   Patent and Trademark Assignment Agreement executed on February 14, 2014 and submitted to the U.S. Patent and Trademark Office ("USPTO") on February 17,

2014, retrieved from the USPTO's Patent Assignment Search website (https://assignment.uspto.gov/patent/index.html#/patent/search) on April 16, 2019.

**Exhibit 4:** Patent Assignment Abstract of Title regarding U.S. Patent No. 10,125,492 (Application No. 13/783,165) retrieved from the USPTO's Public Patent Application Information Retrieval website (https://portal.uspto.gov/pair/PublicPair) on August 22, 2018.

**Exhibit 5:** Patent Assignment Abstract of Title regarding U.S. Patent No. 10,132,076 (Application No. 13/783,179) retrieved from the USPTO's Public Patent Application Information Retrieval website (https://portal.uspto.gov/pair/PublicPair) on August 22, 2018.

**Exhibit 6:** Exhibit 9 to the Declaration of Rebecca L. Rabenstein in Support of Defendant CertainTeed Gypsum Manufacturing, Inc.'s Opposition to Plaintiffs' Motion to Dismiss, *Pacific Coast Building Products, Inc. v. CertainTeed Gypsum Manufacturing, Inc.*, No. 4:18-cv-4165-SOH (W.D. Ark. Apr. 29, 2019), Dkt. No. 49-10.

**Exhibit 7:** Exhibit 10 to the Declaration of Rebecca L. Rabenstein in Support of Defendant CertainTeed Gypsum Manufacturing, Inc.'s Opposition to Plaintiffs' Motion to Dismiss, *Pacific Coast Building Products, Inc. v. CertainTeed Gypsum Manufacturing, Inc.*, No. 4:18-cv-4165-SOH (W.D. Ark. Apr. 29, 2019), Dkt. No. 49-11.

**Exhibit 8:** Exhibit 11 to the Declaration of Rebecca L. Rabenstein in Support of Defendant CertainTeed Gypsum Manufacturing, Inc.'s Opposition to Plaintiffs' Motion to Dismiss, *Pacific Coast Building Products, Inc. v. CertainTeed Gypsum Manufacturing, Inc.*, No. 4:18-cv-4165-SOH (W.D. Ark. Apr. 29, 2019), Dkt. No. 49-12.

**Exhibit 9:** Exhibit 12 to the Declaration of Rebecca L. Rabenstein in Support of Defendant CertainTeed Gypsum Manufacturing, Inc.'s Opposition to Plaintiffs' Motion to Dismiss, *Pacific Coast Building Products, Inc. v. CertainTeed Gypsum Manufacturing, Inc.*, No. 4:18-cv-4165-SOH (W.D. Ark. Apr. 29, 2019), Dkt. No. 49-13.

**Exhibit 10:** Exhibit 13 to the Declaration of Rebecca L. Rabenstein in Support of Defendant CertainTeed Gypsum Manufacturing, Inc.'s Opposition to Plaintiffs' Motion to Dismiss, *Pacific Coast Building Products, Inc. v. CertainTeed Gypsum Manufacturing, Inc.*,

1    No. 4:18-cv-4165-SOH (W.D. Ark. Apr. 29, 2019), Dkt. No. 49-14.

In addition to the above exhibits, CertainTeed further respectfully submits that the following are properly subject to judicial notice. However, due to their voluminous nature and the fact that they can be found in the docket of co-pending, related case no. 5:18-cv-346-LHK, CertainTeed is not including copies of them as exhibits to this notice:

- Declaration of Dr. D. Paul Miller filed on August 17, 2018, pursuant to Northern District of California Patent Local Rule 4-3 in *Pacific Coast Building Products, Inc. v. CertainTeed Gypsum, Inc.*, No. 5:18-cv-346-LHK (N.D. Cal. Aug. 17, 2018), Dkt. No. 75-2.

- Declaration of Matthew Risinger filed on August 17, 2018, pursuant to Northern District of California Patent Local Rule 4-3 in *Pacific Coast Building Products, Inc. v. CertainTeed Gypsum, Inc.*, No. 5:18-cv-346-LHK (N.D. Cal. Aug. 17, 2018), Dkt. No. 75-1.

- Defendants' Responsive Claim Construction Brief filed on October 12, 2018, pursuant to Northern District of California Patent Local Rule 4-5 in *Pacific Coast Building Products, Inc. v. CertainTeed Gypsum, Inc.*, No. 5:18-cv-346-LHK (N.D. Cal. Oct. 12, 2018), Dkt. No. 82.

| | | |
|---|---|---|
| 1 | Dated: May 10, 2019 | Respectfully submitted, |

CERTAINTEED GYPSUM, INC.

*/s/ Richard G. Frenkel*
Richard G. Frenkel (Bar No. 204133)
*rick.frenkel@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600


Matthew J. Moore (*pro hac vice*)
   *matthew.moore@lw.com*
Adam M. Greenfield (*pro hac vice*)
   *adam.greenfield@lw.com*
Rebecca L. Rabenstein (*pro hac vice*)
   *rebecca.rabenstein@lw.com*
Diane E. Ghrist (Bar No. 300487)
   *diane.ghrist@lw.com*
Hwa Young Jin (*pro hac vice*)
   *hwayoung.jin@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

*Attorneys for Plaintiff*
*CertainTeed Gypsum, Inc.*