UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAINTEED GYPSUM, INC., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC COAST BUILDING PRODUCTS, INC., et al., <br><br> Defendants. | Case No. 19-cv-00802-LHK (SVK) <br><br> **ORDER ON DISCOVERY DISPUTES** <br><br> Re: Dkt. Nos. 65, 70 |

Plaintiff CertainTeed Gypsum, Inc.'s (Plaintiff or CertainTeed) motion to compel production and responses from Defendant Pacific Coast Building Products, Inc. (Defendant or Pacific Coast), properly submitted as a joint discovery letter brief, came on for hearing on January 21, 2021. The Court's order is as reflected on the record and memorialized here in brief.

Following robust and productive meet and confer between counsel, just two issues remain relating to the production of attorney billing records. For the reasons discussed on the record, Plaintiff's motion for attorney invoices or billing records for the prior litigation (Case No. 5:18-cv-346-LHK) is GRANTED in part and DENIED in part. Defendant is to produce billing records for attorneys Mueller and Gafford that reflect or refer to the Miller declaration for the period beginning on the date of service of the Miller declaration in August, 2018 and ending on the later date of issuance of the two patents-in-suit in November, 2018. The documents are to be produced no later than forty-eight hours in advance of the Mueller and Gafford depositions. The request for billing records relating to Plaintiff's invalidity contentions is denied.

As for the dispute regarding redactions to the billing records relating to patent prosecution, Plaintiff's motion is DEFERRED. The parties have requested additional time to meet and confer. If the parties are unable to resolve this dispute, Defendant is to submit the disputed records and its

1   privilege log to the Court for its in camera review no later than 5 p.m. on January 25, 2021. The
2   submission should be on ECF UNDER SEAL and emailed to the undersigned's court room deputy
3   Justine Fanthorpe: Justine_Fanthorpe@CAND.USCOURTS.GOV. Defendant may also file
4   UNDER SEAL and email to the Court a short brief, not to exceed three pages, in support of its
5   redactions.

**SO ORDERED.**

Dated: January 21, 2021

SUSAN VAN KEULEN
United States Magistrate Judge