UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAINTEED GYPSUM, INC., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC COAST BUILDING PRODUCTS, INC., et al., <br><br> Defendants. | Case No. 19-cv-00802-LHK   (SVK) <br><br> **ORDER RE JOINT DISCOVERY DISPUTE STATEMENT** <br><br> Re: Dkt. No. 91 |

Now before the Court is the parties' Joint Statement Regarding Discovery Dispute as to Defendant's Interrogatory and Request for Admission Responses (Dkt. 91).  No later than **noon on March 11, 2021,** the parties are ordered to <u>meet and confer</u> and submit the following items regarding the dispute over Defendants' responses to Plaintiff's Requests for Admissions ("RFAs"):

1. A joint chart regarding the disputed RFAs, as required by Judge van Keulen's Civil and Discovery Referral Matters Standing Order ¶ 7.

2. Copies of the disputed RFAs and responses.

**SO ORDERED.**

Dated: March 8, 2021

SUSAN VAN KEULEN
United States Magistrate Judge