UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAINTEED GYPSUM, INC., <br> Plaintiff, <br> v. <br> PACIFIC COAST BUILDING PRODUCTS, INC., et al., <br> Defendants. | Case No. 19-cv-00802-LHK (SVK) <br><br> **ORDER ON JOINT DISCOVERY SUBMISSION** <br><br> Re: Dkt. No. 107 |

The Court is in receipt of the Parties' joint discovery submission regarding CertainTeed's responses to requests for admission. Dkt. 107. The Court has determined that this matter is suitable for resolution without oral argument (Civil L.R. 7-1(b)), and the Court's rulings are set forth in Exhibit 1 attached hereto.

**SO ORDERED.**

Dated: May 5, 2021

SUSAN VAN KEULEN
United States Magistrate Judge