UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAINTEED GYPSUM, INC., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC COAST BUILDING PRODUCTS, INC., et al., <br><br> Defendants. | Case No. 19-cv-00802-LHK   (SVK) <br><br> **ORDER ON JOINT DISCOVERY LETTER BRIEF RE DEFENDANTS' PRIVILEGE LOG** <br><br> Re: Dkt. No. 158 |

The Court has received and reviewed the Parties' joint discovery letter brief regarding Defendants' Privilege Log. Dkt. 158. The relief CertainTeed seeks, as reflected in its proposed order, is for identifying information regarding litigation holds. Dkt. 158-1. In its submission, CertainTeed states that it served RFPs on June 22, 2021 for documents relating to litigation holds (Dkt. 158 at 2) but it does not identify any meet and confer efforts regarding this request. It does refer to PCB's production of an amended privilege log on July 1, 2021 and complain that that log does not reference litigation hold materials, but the date of that log is too early for PCB to have responded to, let alone produce documents pursuant to, the litigation hold RFP. Both parties assert irrelevant facts and arguments relating to anticipation of litigation, purportedly missing documents and the specter of spoliation, none of which are properly before the Court and therefore each of which waste judicial resources. Accordingly, the Court orders as follows:

1. The parties are to meet and confer within 48 hours, either in person or by video conference, regarding CertainTeed's RFPs relating to litigation hold documents.
2. By noon on Friday, August 13, 2021 the parties are to file a short joint status report with the Court, not to exceed one page, stating either that the matter has been resolved or that there is a dispute regarding the production of such materials. If the

latter, the parties will appear for a discovery conference on Tuesday, August 17, 2021 at 10 a.m. at which the Court will determine next steps.

**SO ORDERED.**

Dated: August 9, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge