UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAINTEED GYPSUM, INC., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC COAST BUILDING PRODUCTS, INC., et al., <br><br> Defendants. | Case No. 19-cv-00802-LHK (SVK) <br><br> **ORDER ON JOINT DISCOVERY STATEMENT RE PACIFIC COAST'S RESPONSES TO REQUESTS FOR ADMISSIONS** <br><br> Re: Dkt. No. 183 |

Before the Court is Plaintiff CertainTeed Gypsum, Inc.'s ("CertainTeed") and Defendants Pacific Coast Building Products, Inc. and PABCO Building Products, LLC's (collectively, "Pacific Coast") Renewed Joint Statement Regarding Discovery Dispute as to Defendants' Responses to Requests for Admission and the exhibits thereto. Dkt. 183. CertainTeed seeks an order deeming CertainTeed's Request for Admission Nos. 15-18 to be admitted in their entirety, or in the alternative, an order compelling the Defendants to provide complete and relevant responses to Request for Admission Nos. 15-18.

Having considered CertainTeed's Statement and exhibits thereto, and pleadings and papers on file in this case and cases related thereto, the Court **GRANTS in part and DENIES in part** CertainTeed its requested relief as follows:

**Requests 15-17**. Defendants expressly, if reluctantly, admit these facts. Accordingly, except as noted herein, the Court **ORDERS** that the objections preceding the admissions relating to claims construction and to Plaintiff's definition "paper" be moved out of the immediate responses and into a section entitled "General Objections" such that the objections are preserved. Defendants' objections that the "Request seeks an admission as to information that is not within Defendants' possession, custody or control to the extent it seeks an admission with respect to all

of 'CertainTeed's SilentFX QuickCut products,' which have not been produced in this case," are OVERRULED and are not to be included in the General Objections.  Defendants' objections that Request 16 and 17 are duplicative and therefore harassing are OVERRULED and are not to be included in the General Objections.  Defendants' arguments that follow the admissions either restate objections or are inappropriate argument and as such are STRICKEN.  Defendants to serve **AMENDED RESPONSES** by **October 6, 2021**, which may contain the General Objections described herein and must only state "Admitted" for responses 15-17.

**Request 18.**  Plaintiff's motion is **DENIED**.  Defendants' objections in this Response are subject to the rulings above regarding location and striking of specified objections and inappropriate argument.  The **AMENDED RESPONSE**, due by **October 6, 2021,** is to reflect only that "Defendants cannot admit or deny this Request because it assumes facts inconsistent with the product sample Plaintiff provided to Defendants."

**SO ORDERED.**

Dated: October 1, 2021

SUSAN VAN KEULEN
United States Magistrate Judge