UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAINTEED GYPSUM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC COAST BUILDING PRODUCTS, INC., and others,<br><br>Defendants. | Case No. 19-cv-0802-NC<br><br>**ORDER ON FACT DISCOVERY DISPUTES**<br><br>Re: ECF 222, 223, 224, 225, 226, 227, and 228 |

This order resolves pending fact discovery disputes in this patent infringement case.

- ECF 222 and 223: CertainTeed's requests to strike Pacific Coast's amended damages contentions and amended disclosures and discovery responses, is denied without prejudice to a renewed request at the motion in limine stage before trial. At this moment, the Court is not persuaded that CertainTeed has been unfairly prejudiced by the timing of the disclosures and amended responses. But the Court will have more context for this analysis after the conclusion of expert reports and discovery.
- ECF 224: Pacific Coast's request for an inspection of CertainTeed's quality control processes is denied as not proportional to the needs of the case. With earlier notice and more cooperation, this inspection could have been conducted within the fact

discovery time period.

- ECF 225: Pacific Coast's request to compel further deposition testimony on 30(b)(6) deposition topics Nos. 4, 9, 13, 20, and 68 is denied, as the Court is not persuaded that designated witness Dr. Glean was inadequately prepared or evasive.
- ECF 226: Pacific Coast's request to compel further deposition testimony on 30(b)(6) deposition topics Nos. 1-2, 11-12, and 49 is denied, as the Court is not persuaded that the designated witnesses were inadequately prepared or evasive.
- ECF 227 re: the 30(b)(6) deposition of CertainTeed witness Slonaker. The deposition is ordered reopened for the limited purpose of having Pacific Coast's counsel ask Slonaker what documents refreshed his recollection. The deposition must be completed by February 18, 2022. Pacific Coast's motion is otherwise denied.
- ECF 228: Pacific Coast's request to compel further deposition testimony on 30(b)(6) deposition topics (the "technical topics") Nos. 1-8, 10, 14, 15(c), and 56-57 is denied, as the Court is not persuaded that the designated witness Mr. Funderburk was inadequately prepared or evasive, or that CertainTeed was unreasonable in making him available for the deposition on the date that they did.

No fees or costs are awarded on any of these discovery disputes.

**IT IS SO ORDERED.**

Dated: February 10, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge