| | | |
|---|---|---|
| 1 | LATHAM & WATKINS LLP | DURIE TANGRI LLP |
| 2 | Richard G. Frenkel (Bar No. 204133)<br>  *rick.frenkel@lw.com* | DARALYN J. DURIE (SBN 169825)<br>ddurie@durietangri.com |
| 3 | Jeffrey G. Homrig (Bar No. 215890)<br>  *jeffrey.homrig@lw.com* | RAGESH K. TANGRI (SBN 159477)<br>rtangri@durietangri.com |
| 4 | 140 Scott Drive<br>Menlo Park, CA  94025 | TIMOTHY C. SAULSBURY (SBN 281434)<br>tsaulsbury@durietangri.com |
| 5 | T: +1.650.328.4600; F: +1.650.463.2600 | ERIC C. WIENER (SBN 325012)<br>ewiener@durietangri.com |
| 6 | Matthew J. Moore (*pro hac vice*)<br>  *matthew.moore@lw.com* | JOYCE C. LI (SBN 323820)<br>jli@durietangri.com |
| 7 | Adam M. Greenfield (*pro hac vice*)<br>  *adam.greenfield@lw.com* | ANDREW L. PERITO (SBN 269995)<br>aperito@durietangri.com |
| 8 | Rebecca L. Rabenstein (*pro hac vice*)<br>  *rebecca.rabenstein@lw.com* | 217 Leidesdorff Street<br>San Francisco, CA  94111 |
| 9 | Diane E. Ghrist (Bar No. 300487)<br>  *diane.ghrist@lw.com* | T: 415-362-6666; F: 415-236-6300 |
| 10 | David Zucker (*pro hac vice*)<br>  *david.zucker@lw.com* | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 11 | Richard Lowry (*pro hac vice*)<br>  *richard.lowry@lw.com* | MICHAEL K. HEINS (SBN 331563)<br>mheins@sheppardmullin.com |
| 12 | Sami Al-Marzoog (*pro hac vice*)<br>  *sami.almarzoog@lw.com* | MICHAEL J. HOPKINS (SBN 326621)<br>mhopkins@sheppardmullin.com |
| 13 | Kellye R. Quirk (*pro hac vice*)<br>  *kellye.quirk@lw.com* | 12275 El Camino Real, Suite 100<br>San Diego, California 92130 |
| 14 | 555 Eleventh Street, NW, Suite 1000<br>Washington, DC  20004 | T: 858-720-8900; F: 858-509-3691 |
| 15 | T: +1.202.637.2200; F: +1.202.637.2201 | JASON E. MUELLER (*pro hac vice*)<br>jmueller@sheppardmullin.com |
| 16 | Gabrielle LaHatte (Bar No. 321844)<br>  *gabrielle.lahatte@lw.com* | 2200 Ross Avenue, 24th Floor<br>Dallas, TX 75201-6776 |
| 17 | 505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111 | T: 469-391-7400; Facsimile: 469-391-7401 |
| 18 | T: +1.415.391.0600; F: +1.415.395.8095 | *Attorneys for Defendants/Counterclaimants Pacific Coast Building Products, Inc. and Pabco Building Products, LLC* |
| 19 | *Attorneys for Plaintiff/Counter-Defendant CertainTeed Gypsum, Inc.* | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| CERTAINTEED GYPSUM, INC., | | CASE NO. 5:19-cv-00802-NC |
| Plaintiff/Counter-Defendant, | | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | | |
| PACIFIC COAST BUILDING PRODUCTS, INC. AND PABCO BUILDING PRODUCTS, LLC, | | Judge:  Hon. Nathanael M. Cousins |
| Defendants/Counterclaimants. | | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant CertainTeed Gypsum, Inc. and Defendants/Counterclaimants Pacific Coast Building Products, Inc. and PABCO Building Products, LLC hereby stipulate that Case No. 5:19-cv-00802-NC (N.D. Cal.)—including but not limited to all claims and counterclaims asserted therein—be dismissed with prejudice and each party bear its own attorneys' fees, costs, and expenses.

Dated: August 19, 2022                              Respectfully submitted,

| CERTAINTEED GYPSUM, INC. | PACIFIC COAST BUILDING PRODUCTS, INC. PABCO BUILDING PRODUCTS, LLC |
|---|---|
| */s/ Richard G. Frenkel* <br> Richard G. Frenkel (Bar No. 204133) <br>  rick.frenkel@lw.com <br> Jeffrey G. Homrig (Bar No. 215890) <br>  jeffrey.homrig@lw.com <br> LATHAM & WATKINS LLP <br> 140 Scott Drive <br> Menlo Park, CA 94025 <br> T: +1.650.328.4600; F: +1.650.463.2600 <br><br> Matthew J. Moore (*pro hac vice*) <br>  matthew.moore@lw.com <br> Adam M. Greenfield (*pro hac vice*) <br>  adam.greenfield@lw.com <br> Rebecca L. Rabenstein (*pro hac vice*) <br>  rebecca.rabenstein@lw.com <br> Diane E. Ghrist (Bar No. 300487) <br>  diane.ghrist@lw.com <br> David Zucker (*pro hac vice*) <br>  david.zucker@lw.com <br> Richard Lowry (*pro hac vice*) <br>  richard.lowry@lw.com <br> Sami Al-Marzoog (*pro hac vice*) <br>  sami.almarzoog@lw.com <br> Kellye R. Quirk (*pro hac vice*) <br>  kellye.quirk@lw.com <br> 555 Eleventh Street, NW, Suite 1000 <br> Washington, DC 20004 <br> T: +1.202.637.2200; F: +1.202.637.2201 <br><br> LATHAM & WATKINS LLP <br> Gabrielle LaHatte (Bar No. 321844) <br>  gabrielle.lahatte@lw.com <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br> T: +1.415.391.0600; F: +1.415.395.8095 | */s/ Jason E. Mueller* <br> DARALYN J. DURIE (SBN 169825) <br> ddurie@durietangri.com <br> RAGESH K. TANGRI (SBN 159477) <br> rtangri@durietangri.com <br> TIMOTHY C. SAULSBURY (SBN 281434) <br> tsaulsbury@durietangri.com <br> ERIC C. WIENER (SBN 325012) <br> ewiener@durietangri.com <br> JOYCE C. LI (SBN 323820) <br> jli@durietangri.com <br> ANDREW L. PERITO (SBN 269995) <br> aperito@durietangri.com <br> 217 Leidesdorff Street <br> San Francisco, CA 94111 <br> T: 415-362-6666; F: 415-236-6300 <br><br> MICHAEL K. HEINS (SBN 331563) <br> mheins@sheppardmullin.com <br> MICHAEL J. HOPKINS (SBN 326621) <br> mhopkins@sheppardmullin.com <br> 12275 El Camino Real, Suite 100 <br> San Diego, California 92130 <br> T: 858-720-8900; F: 858-509-3691 <br><br> JASON E. MUELLER (*pro hac vice*) <br> jmueller@sheppardmullin.com <br> 2200 Ross Avenue, 24th Floor <br> Dallas, TX 75201-6776 <br> T: 469-391-7400; F: 469-391-7401 <br><br> *Attorneys for Defendants/Counterclaimants Pacific Coast Building Products, Inc. and Pabco Building Products, LLC* |

*Attorneys for Plaintiff/Counter-Defendant
CertainTeed Gypsum, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 21, 2022

_____
Judge Nathanael M. Cousins
United States Magistrate Judge

**GRANTED**
Judge Nathanael M. Cousins

**ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: August 19, 2022

/s/ *Richard G. Frenkel*
Richard G. Frenkel